# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRSHA BROWN,<br><br>                Plaintiff,<br><br>vs.<br><br>THE ACADEMY FOR HEALING ARTS,<br><br>                Defendant. | Case No. 2:10-cv-00936-RLH-PAL<br><br>**ORDER**<br><br>(Mtn to Extend - Dkt. #7) |

This matter is before the court on Plaintiff Kirsha Brown's Motion to Extend Time filed August 19, 2010. Plaintiff is proceeding in this action *pro se.* On July 23, 2010, the court entered an Order (Dkt. #5) granting Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) and screening Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. The court found that Plaintiff's Complaint failed to state a claim upon which relief could be granted and allowed Plaintiff until August 23, 2010, in which to file an Amended Complaint. Plaintiff requests an extension of time in which to file an Amended Complaint because she was incarcerated from July 15, 2010, until August 14, 2010.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. Plaintiff's Motion to Extend (Dkt. #7) is GRANTED.
2. Plaintiff shall have until **October 7, 2010**, in which to file an Amended Complaint.
3. Failure to comply with this Order will result in a recommendation to the District Judge that this matter be dismissed.

Dated this 7th day of September, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-4.