# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KIRSHA BROWN, | ) | |
| Plaintiff(s), | ) | 2:10-cv-0936-RLH-PAL |
| vs. | ) | **O R D E R** |
| THE ACADEMY FOR HEALING ARTS, | ) | |
| Defendant(s). | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#11, filed October 25, 2010), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to file an Amended Complaint and update her address pursuant to LSR 2-2. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, nor was an amended Complaint filed or Plaintiff's address updated, as ordered by the Court.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#11) is ACCEPTED and ADOPTED, and the case is dismissed.

Dated: November 30, 2010.

_____
**ROGER L. HUNT**
Chief U.S. District Judge